UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02621-JPH-MPB |
| | ) | |
| ALYSSA ARNETTE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff has filed her complaint without paying the $400 filing fee or demonstrating that she lacks the financial ability to do so. Plaintiff **SHALL** either pay the $400 filing fee or seek leave to proceed *in forma pauperis* **by November 20, 2020.** The **clerk is directed** to include an *in forma pauperis* form with Plaintiff's copy of this order.

**SO ORDERED.**

Date: 10/20/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

JANE DOE
4310 E. Wembley Ct.
Bloomington, IN 47408