UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:20-cv-02621-JPH-MPB |
| | ) |
| ALYSSA ARNETTE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Plaintiff filed her complaint without paying the $400 filing fee or demonstrating that she lacks the financial ability to do so. *See* dkt. 1. On October 20, 2020, the Court ordered Plaintiff to either pay the $400 filing fee or seek leave to proceed *in forma pauperis* by November 20, 2020. Dkt. 3. That deadline has passed, and Plaintiff has taken no action. In *Surzycki v. Livops Agent Services, LLC*, No. 1:20-cv-2403-JPH-DLP (S.D. Ind. filed Sept. 16, 2020), a case filed within a month of this action, Plaintiff also did not pay the filing fee, file a motion to proceed *in forma pauperis,* or respond to a court order requesting action. Plaintiff is thus **ORDERED** to pay the filing fee or seek leave to proceed *in forma pauperis* by **December 30, 2020**. If Plaintiff fails to take either action by the deadline, her case will be dismissed without prejudice.

As this Court informed Plaintiff in *Surzycki,* No. 1:20-cv-2403, where Plaintiff also filed her case as "Jane Doe," this district's Local Rule 10-1 mandates that a plaintiff seeking to proceed anonymously must, at the time of filing the initial pleading, file under seal a notice of intention to seek leave to

1

proceed anonymously and disclose the plaintiff's true name.  S.D. L.R. 10-1(a).  Contemporaneously with the notice, the plaintiff must file a motion to proceed anonymously and serve each opposing party with both the notice and the motion within seven days of the opposing party's appearance.  S.D. L.R. 10-1(b) and (c).  Because the plaintiff has filed neither notice nor a motion to proceed under a pseudonym, the Court **directs the clerk to** replace "Jane Doe" as Plaintiff with "Aleksandra Surzycki."

**SO ORDERED.**

Date: 12/1/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JANE DOE
4310 E. Wembley Ct.
Bloomington, IN 47408